IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 15-cv-1517-CBS

MICHAEL YOHO,
    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
    Defendant.

___

## ORDER OF DISMISSAL
___

Based upon the filing of the Stipulation for Dismissal with Prejudice (dated March 17, 2016) (Doc. # 27), this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own costs and attorney fees.

DATED at Denver, Colorado, this 17th day of March, 2016.

                        BY THE COURT:

                        s/Craig B. Shaffer
                        United States Magistrate Judge